# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 13, 2015

## NO. 03-14-00110-CV

**Tobbie Tineeka Jones, Appellant**

**v.**

**Tamar Hays Jones, Appellee**

**APPEAL FROM 426TH DISTRICT COURT OF BELL COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND BOURLAND**
**REVERSED AND REMANDED -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on November 8, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's judgment. Therefore, the Court reverses the trial court's judgment and remands the case to the trial court for further proceedings consistent with the Court's opinion. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.